George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com
*Attorneys for Plaintiff GARY M HEDRICK*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GARY M. HEDRICK,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; USAA FEDERAL SAVINGS BANK,<br><br>  Defendant. | Case No. . 2:19-cv-01349-GMN-BNW<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), EQUIFAX INFORMATION SERVICES, LLC, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to EQUIFAX INFORMATION SERVICES, LLC requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal, each party to bear its own attorney's fees and costs.

Dated:      April 29, 2020

  Respectfully submitted,

  By:   /s/George Haines, Esq.
    George Haines, Esq.
    Nevada Bar No. 9411
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue, Suite 350
    Las Vegas, Nevada 89123
    Phone: (702) 880-5554
    FAX: (702) 385-5518
    Email: Ghaines@hainesandkrieger.com
    *Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the above Notice of Dismissal as to Defendant Equifax Information Services, LLC, (ECF No. 14), this action is **DISMISSED**.

**DATED** this 30 day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court